*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# S T A T E   O F   M I C H I G A N

# C O U R T   O F   A P P E A L S

HASTINGS DOG PARK COMPANIONS,

        Plaintiff-Appellant,

v

CITY OF HASTINGS,

        Defendant-Appellee.

UNPUBLISHED
September 3, 2020

No. 348915
Barry Circuit Court
LC No. 2018-000670-CZ

Before: BORRELLO, P.J., and SAWYER and SERVITTO, JJ.

SAWYER, J. (*concurring*).

    I concur in the result only.

                               /s/ David H. Sawyer